1  Alexander C. Eisner, Esq. SBN: 298968
2  Shawn Steel, Esq. SBN: 80706
   STEEL & EISNER, LLP
3  3010 Old Ranch PKWY, Suite 260
   Seal Beach, CA 90740
4  T: 949-551-9000
   F: 949-612-9797
5
6  Attorneys for Plaintiff,
   DOROTHY LORENE RICKARD
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  DOROTHY RICKARD,                    Case No.: 8:24-cv-00614-FWS-DFM
                                        [Assigned to Judge Fred W. Slaughter]
            Plaintiffs

12                                      NOTICE OF UNCONDITIONAL
13     v.                               SETTLEMENT

14  TARGET CORPORATION; and DOES 1 to 50,
15
            Defendants.
16

17  TO THE HONORABLE COURT:

18        Plaintiff, Dorothy Rickard, submits this Notice of Unconditional Settlement and advises the
19  Court as follows:

20        The parties have reached a settlement in principle and are finalizing an agreement that will
21  settle all remaining disputes between them. Plaintiff will file a dismissal within 45 days.
22

23  Dated: December 9, 2024                  STEEL & EISNER, LLP
24

25                                           /s/ Alexander C. Eisner
26                                           _____
27                                           Alexander C. Eisner Esq.
                                             Attorney for Plaintiff, DOROTHY RICKARD
28

                                             1

STEEL & EISNER, LLP
3010 OLD RANCH PKWY, SUITE 260
SEAL BEACH, CA 90740