1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DOROTHY RICKARD,

          Plaintiffs,

     v.

TARGET CORPORATION, a corporation; and DOES 1 To 40,

          Defendants.

Case No. 8:24-cv-00614-FWS-DFM

**ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1) [21]**

///

///

///

1    Having reviewed and considered the Notice of Voluntary Dismissal pursuant

2  to Fed. R. Civ. P. 41 [21] ("Notice"), filed by Plaintiff Dorothy Rickard and

3  Defendant Target Corporation, the files and records of the case, the applicable law,

4  and for the good cause demonstrated in the Notice, the court **ORDERS** the

5  following:

6

7    The Complaint [1-1] in the above-captioned case is **DISMISSED WITH**

8    **PREJUDICE** in its entirety.

9

10    **IT IS SO ORDERED**.

11

12  Dated:  March 3, 2025

13    _____
     Hon. Fred W. Slaughter
14    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28